

FILED

SEP 0 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ANDRÉ M. ESPINOSA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERING: <br><br> The Premises Located at 9961 Horn Road, Sacramento, California, 95827 | CASE NO. 2:15-SW-0659-AC <br><br> [PROPOSED] ORDER RE: REQUEST FOR UNSEALING OF SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application, redacted affidavit, and return are unsealed.

DATED: Sept. 2, 2016

_____
Hon. Deborah Barnes
United States Magistrate Judge

1